IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IRINA SCHMEDES | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 2:15-cv-01410-JRG-RSP |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
|     Defendant. | § | |

### PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Irina Schmedes, based on an agreement with Defendant, moves for dismissal of this action, including all claims asserted in this action, with prejudice.

WHEREFORE, Plaintiff prays that this action, all claims asserted in this action, be dismissed with prejudice.

                                                                           Respectfully submitted,

                                                                           /s/ Robert E. Goodman, Jr.
                                                                           Robert E. Goodman, Jr.
                                                                           State Bar No. 08158100
                                                                           reg@kilgorelaw.com
                                                                           Kilgore & Kilgore, PLLC
                                                                           3109 Carlisle Street
                                                                           Dallas, Texas 75204
                                                                           (214) 379-0823
                                                                           (214) 379-0840 (telecopy)

                                                                           COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the above and foregoing was forwarded to the following counsel of record by this Court's electronic filing system on this 25th day of November, 2015.

Retta A. Miller  
Jackson Walker LLP  
2323 Ross Avenue  
Suite 600  
Dallas, Texas 75201

                                                 /s/ Robert E. Goodman, Jr  
                                                 Robert E. Goodman, Jr.